# EXHIBIT "B"

**Favorite Healthcare Staffing, Inc.**
7255 W 98th Terrace
Bldg 5, Suite 150
Overland Park, KS 66212

# STATEMENT

| Statement Date |
|---|
| 03/03/2021 |

| CUSTOMER ID |
|---|
| FAVORITE-50594 |

Page 1 of 4

### Bill To
**NYC Health and Hospitals Corporation**
125 Worth Street, 4th Floor Suite 418
New York, NY 10013
United States of America

### Remit-To
**Favorite Healthcare Staffing, Inc.**
7255 W 98th Terrace
Bldg 5, Suite 150
Overland Park, KS 66212
United States of America

| Currency | Total Balance |
|---|---|
| USD | 897,307.51 |

## OPEN ITEMS

| Date | Type | Invoice Number | Description | Due Date | Invoice Amount | Amount Due | Balance |
|---|---|---|---|---|---|---|---|
| 01/17/2020 | Invoice | Favorite-1195353 | Debra Brock - Jacobi | 03/17/2020 | 100.00 | 100.00 | 100.00 |
| 01/17/2020 | Invoice | Favorite-1195348 | Roxanne Hernandez- Bellevue | 03/17/2020 | 2,346.75 | 2,346.75 | 2,446.75 |
| 02/07/2020 | Invoice | Favorite-1198468 | Raleigh Galbraith - Bellevue | 04/07/2020 | 2,744.10 | 2,744.10 | 5,190.85 |
| 02/21/2020 | Invoice | Favorite-1200541 | Karis Fahrer- Bellevue | 04/21/2020 | 1,215.00 | 1,215.00 | 6,405.85 |
| 03/27/2020 | Invoice | Favorite-1205785 | Denea Tesconi - Bellevue | 05/26/2020 | 5,175.15 | 5,175.15 | 11,581.00 |
| 03/27/2020 | Invoice | Favorite-1205792 | Karis Fahrer- Bellevue | 05/26/2020 | 6,510.60 | 6,510.60 | 18,091.60 |
| 03/27/2020 | Invoice | Favorite-1205791 | Raleigh Galbraith - Bellevue | 05/26/2020 | 6,703.20 | 6,703.20 | 24,794.80 |
| 04/03/2020 | Invoice | Favorite-1206777 | COVID Metropolitan | 06/02/2020 | 4,440.00 | 4,440.00 | 29,234.80 |
| 04/03/2020 | Invoice | Favorite-1206783 | COVID Bellevue | 06/02/2020 | 9,840.00 | 9,840.00 | 39,074.80 |
| 04/03/2020 | Invoice | Favorite-1206784 | COVID WoodHull | 06/02/2020 | 12,475.50 | 12,475.50 | 51,550.30 |
| 04/03/2020 | Invoice | Favorite-1206781 | COVID- Lincoln | 06/02/2020 | 19,555.50 | 19,555.50 | 71,105.80 |
| 04/10/2020 | Invoice | Favorite-1207739 | COVID Elmhurst | 06/09/2020 | 1,200.00 | 1,200.00 | 72,305.80 |
| 04/10/2020 | Invoice | Favorite-1207736 | Raleigh Galbraith - Bellevue | 06/09/2020 | 2,160.00 | 2,160.00 | 74,465.80 |
| 04/10/2020 | Invoice | Favorite-1207734 | Denea Tesconi - Bellevue | 06/09/2020 | 3,364.84 | 3,364.84 | 77,830.64 |
| 04/10/2020 | Invoice | Favorite-1207747 | Kings County Hospital Center | 06/09/2020 | 4,919.20 | 4,919.20 | 82,749.84 |
| 04/10/2020 | Invoice | Favorite-1207737 | Karis Fahrer- Bellevue | 06/09/2020 | 5,022.00 | 5,022.00 | 87,771.84 |
| 04/10/2020 | Invoice | Favorite-1207745 | COVID Bellevue | 06/09/2020 | 7,800.00 | 7,800.00 | 95,571.84 |
| 04/10/2020 | Invoice | Favorite-1207746 | COVID WoodHull | 06/09/2020 | 20,380.50 | 20,380.50 | 115,952.34 |
| 04/10/2020 | Invoice | Favorite-1207743 | COVID- Lincoln | 06/09/2020 | 30,797.25 | 30,797.25 | 146,749.59 |

| | Statement Date |
|---|---|
| | 03/03/2021 |
| | Customer ID |
| | Favorite-50594 |

## OPEN ITEMS

| Date | Type | Invoice Number | Description | Due Date | Invoice Amount | Amount Due | Balance |
|---|---|---|---|---|---|---|---|
| 04/17/2020 | Invoice | Favorite-1208656 | COVID Jacobi | 06/16/2020 | 1,800.00 | 1,800.00 | 148,549.59 |
| 04/17/2020 | Invoice | Favorite-1208650 | COVID Metropolitan | 06/16/2020 | 2,160.00 | 2,160.00 | 150,709.59 |
| 04/17/2020 | Invoice | Favorite-1208657 | COVID Bellevue | 06/16/2020 | 5,550.00 | 5,550.00 | 156,259.59 |
| 04/17/2020 | Invoice | Favorite-1208653 | COVID- Harlem | 06/16/2020 | 7,800.00 | 7,800.00 | 164,059.59 |
| 04/17/2020 | Invoice | Favorite-1208659 | Kings County Hospital Center | 06/16/2020 | 8,895.90 | 8,895.90 | 172,955.49 |
| 04/17/2020 | Invoice | Favorite-1208660 | COVID Coney Island | 06/16/2020 | 13,833.75 | 13,833.75 | 186,789.24 |
| 04/17/2020 | Invoice | Favorite-1208658 | COVID WoodHull | 06/16/2020 | 16,668.75 | 16,668.75 | 203,457.99 |
| 04/17/2020 | Invoice | Favorite-1208655 | COVID- Lincoln | 06/16/2020 | 30,633.00 | 30,633.00 | 234,090.99 |
| 04/24/2020 | Invoice | Favorite-1209566 | COVID Bellevue | 06/23/2020 | 8,639.70 | 8,639.70 | 242,730.69 |
| 04/24/2020 | Invoice | Favorite-1209567 | COVID WoodHull | 06/23/2020 | 18,093.75 | 18,093.75 | 260,824.44 |
| 05/01/2020 | Invoice | Favorite-1210521 | Staff Only - Coney Island Hospital | 06/30/2020 | 21,262.50 | 21,262.50 | 282,086.94 |
| 05/08/2020 | Invoice | Favorite-1211495 | COVID Kings | 07/07/2020 | 10,800.00 | 10,800.00 | 292,886.94 |
| 05/08/2020 | Invoice | Favorite-1211504 | Staff Only - Coney Island Hospital | 07/07/2020 | 40,162.50 | 40,162.50 | 333,049.44 |
| 05/15/2020 | Invoice | Favorite-1212457 | Staff Only - Coney Island Hospital | 07/14/2020 | 41,625.00 | 41,625.00 | 374,674.44 |
| 05/22/2020 | Invoice | Favorite-1213412 | COVID Metropolitan | 07/21/2020 | 3,300.00 | 3,300.00 | 377,974.44 |
| 05/22/2020 | Invoice | Favorite-1213423 | Staff Only - Coney Island Hospital | 07/21/2020 | 34,200.00 | 34,200.00 | 412,174.44 |
| 05/29/2020 | Invoice | Favorite-1214410 | Kings County Hospital Center | 07/28/2020 | 6,906.30 | 6,906.30 | 419,080.74 |
| 05/29/2020 | Invoice | Favorite-1214413 | Staff Only - Coney Island Hospital | 07/28/2020 | 36,787.50 | 36,787.50 | 455,868.24 |
| 06/05/2020 | Invoice | Favorite-1215412 | Staff Only - Coney Island Hospital | 08/04/2020 | 34,200.00 | 34,200.00 | 490,068.24 |
| 06/12/2020 | Invoice | Favorite-1216426 | Staff Only - Coney Island Hospital | 08/11/2020 | 15,975.00 | 15,975.00 | 506,043.24 |
| 06/19/2020 | Invoice | Favorite-1217475 | Jacobi Medical Center | 08/18/2020 | 2,443.88 | 2,443.88 | 508,487.12 |
| 07/03/2020 | Invoice | Favorite-1219568 | Elmhurst Hospital | 09/01/2020 | 3,528.00 | 3,528.00 | 512,015.12 |
| 07/03/2020 | Invoice | Favorite-1219567 | Bellevue Hospital | 09/01/2020 | 4,704.00 | 4,704.00 | 516,719.12 |
| 07/10/2020 | Invoice | Favorite-1220747 | Jacobi Medical Center | 09/08/2020 | 1,653.75 | 1,653.75 | 518,372.87 |
| 07/10/2020 | Invoice | Favorite-1220756 | Harlem Hospital | 09/08/2020 | 2,352.00 | 2,352.00 | 520,724.87 |
| 07/10/2020 | Invoice | Favorite-1220757 | Elmhurst Hospital | 09/08/2020 | 2,352.00 | 2,352.00 | 523,076.87 |
| 07/10/2020 | Invoice | Favorite-1220755 | Bellevue Hospital | 09/08/2020 | 3,430.00 | 3,430.00 | 526,506.87 |
| 07/10/2020 | Invoice | Favorite-1220754 | Kings County Hospital Center | 09/08/2020 | 15,151.65 | 15,151.65 | 541,658.52 |
| 07/10/2020 | Invoice | Favorite-1220748 | COVID Metropolitan | 09/08/2020 | 47,971.50 | 47,971.50 | 589,630.02 |
| 07/17/2020 | Invoice | Favorite-1222398 | Jacobi Medical Center | 09/15/2020 | 2,443.88 | 2,443.88 | 592,073.90 |
| 07/17/2020 | Invoice | Favorite-1222399 | COVID Metropolitan | 09/15/2020 | 3,300.00 | 3,300.00 | 595,373.90 |

| | Statement Date |
|---|---|
| | 03/03/2021 |
| | Customer ID |
| | Favorite-50594 |

## OPEN ITEMS

| Date | Type | Invoice Number | Description | Due Date | Invoice Amount | Amount Due | Balance |
|---|---|---|---|---|---|---|---|
| 07/17/2020 | Invoice | Favorite-12224 10 | Gouverneur | 09/15/2020 | 3,400.00 | 3,400.00 | 598,773.90 |
| 07/17/2020 | Invoice | Favorite-12224 06 | Bellevue Hospital | 09/15/2020 | 3,479.00 | 3,479.00 | 602,252.90 |
| 07/17/2020 | Invoice | Favorite-12224 08 | Elmhurst Hospital | 09/15/2020 | 3,528.00 | 3,528.00 | 605,780.90 |
| 07/17/2020 | Invoice | Favorite-12224 07 | Harlem Hospital | 09/15/2020 | 3,528.00 | 3,528.00 | 609,308.90 |
| 07/17/2020 | Invoice | Favorite-12224 04 | COVID Bellevue | 09/15/2020 | 3,795.00 | 3,795.00 | 613,103.90 |
| 07/17/2020 | Invoice | Favorite-12224 05 | Kings County Hospital Center | 09/15/2020 | 5,355.00 | 5,355.00 | 618,458.90 |
| 07/24/2020 | Invoice | Favorite-12239 04 | Jacobi Medical Center | 09/22/2020 | 2,480.63 | 2,480.63 | 620,939.53 |
| 07/24/2020 | Invoice | Favorite-12239 11 | Harlem Hospital | 09/22/2020 | 3,528.00 | 3,528.00 | 624,467.53 |
| 07/24/2020 | Invoice | Favorite-12239 10 | Bellevue Hospital | 09/22/2020 | 3,525.06 | 3,525.06 | 627,992.59 |
| 07/24/2020 | Invoice | Favorite-12239 12 | Elmhurst Hospital | 09/22/2020 | 3,528.00 | 3,528.00 | 631,520.59 |
| 07/24/2020 | Invoice | Favorite-12239 09 | Kings County Hospital Center | 09/22/2020 | 8,793.00 | 8,793.00 | 640,313.59 |
| 07/31/2020 | Invoice | Favorite-12254 17 | Elmhurst Hospital | 09/29/2020 | 2,352.00 | 2,352.00 | 642,665.59 |
| 07/31/2020 | Invoice | Favorite-12254 10 | Jacobi Medical Center | 09/29/2020 | 2,499.00 | 2,499.00 | 645,164.59 |
| 07/31/2020 | Invoice | Favorite-12254 15 | Kings County Hospital Center | 09/29/2020 | 5,496.00 | 5,496.00 | 650,660.59 |
| 07/31/2020 | Invoice | Favorite-12254 16 | Bellevue Hospital | 09/29/2020 | 6,630.06 | 6,630.06 | 657,290.65 |
| 07/31/2020 | Invoice | Favorite-12254 18 | Gouverneur | 09/29/2020 | 6,800.00 | 6,800.00 | 664,090.65 |
| 08/07/2020 | Invoice | Favorite-12270 11 | Jacobi Medical Center | 10/06/2020 | 2,590.88 | 2,590.88 | 666,681.53 |
| 08/07/2020 | Invoice | Favorite-12270 16 | Gouverneur | 10/06/2020 | 3,400.00 | 3,400.00 | 670,081.53 |
| 08/07/2020 | Invoice | Favorite-12270 15 | Elmhurst Hospital | 10/06/2020 | 3,430.00 | 3,430.00 | 673,511.53 |
| 08/07/2020 | Invoice | Favorite-12270 14 | Bellevue Hospital | 10/06/2020 | 7,105.50 | 7,105.50 | 680,617.03 |
| 08/07/2020 | Invoice | Favorite-12270 13 | Kings County Hospital Center | 10/06/2020 | 8,575.50 | 8,575.50 | 689,192.53 |
| 08/14/2020 | Invoice | Favorite-12285 24 | Jacobi Medical Center | 10/13/2020 | 2,443.88 | 2,443.88 | 691,636.41 |
| 08/14/2020 | Invoice | Favorite-12285 29 | Elmhurst Hospital | 10/13/2020 | 3,381.00 | 3,381.00 | 695,017.41 |
| 08/14/2020 | Invoice | Favorite-12285 30 | Gouverneur | 10/13/2020 | 6,120.00 | 6,120.00 | 701,137.41 |
| 08/14/2020 | Invoice | Favorite-12285 28 | Bellevue Hospital | 10/13/2020 | 6,865.20 | 6,865.20 | 708,002.61 |
| 08/14/2020 | Invoice | Favorite-12285 26 | COVID- Lincoln | 10/13/2020 | 7,200.00 | 7,200.00 | 715,202.61 |
| 08/14/2020 | Invoice | Favorite-12285 27 | Kings County Hospital Center | 10/13/2020 | 9,886.65 | 9,886.65 | 725,089.26 |
| 08/21/2020 | Invoice | Favorite-12299 86 | Elmhurst Hospital | 10/20/2020 | 1,347.50 | 1,347.50 | 726,436.76 |
| 08/21/2020 | Invoice | Favorite-12299 82 | Jacobi Medical Center | 10/20/2020 | 2,535.76 | 2,535.76 | 728,972.52 |
| 08/21/2020 | Invoice | Favorite-12299 84 | Kings County Hospital Center | 10/20/2020 | 5,919.15 | 5,919.15 | 734,891.67 |
| 08/21/2020 | Invoice | Favorite-12299 87 | Gouverneur | 10/20/2020 | 10,880.00 | 10,880.00 | 745,771.67 |

Page 4 of 4

| | Statement Date |
|---|---|
| | 03/03/2021 |
| | Customer ID |
| | Favorite-50594 |

## OPEN ITEMS

| Date | Type | Invoice Number | Description | Due Date | Invoice Amount | Amount Due | Balance |
|---|---|---|---|---|---|---|---|
| 08/21/2020 | Invoice | Favorite-1229985 | Bellevue Hospital | 10/20/2020 | 12,174.98 | 12,174.98 | 757,946.65 |
| 08/28/2020 | Invoice | Favorite-1231398 | Elmhurst Hospital | 10/27/2020 | 147.00 | 147.00 | 758,093.65 |
| 08/28/2020 | Invoice | Favorite-1231395 | Jacobi Medical Center | 10/27/2020 | 2,903.26 | 2,903.26 | 760,996.91 |
| 08/28/2020 | Invoice | Favorite-1231397 | Kings County Hospital Center | 10/27/2020 | 6,997.75 | 6,997.75 | 767,994.66 |
| 08/28/2020 | Invoice | Favorite-1231399 | Gouverneur | 10/27/2020 | 7,480.00 | 7,480.00 | 775,474.66 |
| 09/04/2020 | Invoice | Favorite-1232798 | Elmhurst Hospital | 11/03/2020 | 3,773.00 | 3,773.00 | 779,247.66 |
| 09/04/2020 | Invoice | Favorite-1232797 | Kings County Hospital Center | 11/03/2020 | 4,198.65 | 4,198.65 | 783,446.31 |
| 09/04/2020 | Invoice | Favorite-1232795 | Jacobi Medical Center | 11/03/2020 | 6,059.26 | 6,059.26 | 789,505.57 |
| 09/04/2020 | Invoice | Favorite-1232799 | Gouverneur | 11/03/2020 | 6,800.00 | 6,800.00 | 796,305.57 |
| 09/11/2020 | Invoice | Favorite-1234090 | Kings County Hospital Center | 11/10/2020 | 2,799.10 | 2,799.10 | 799,104.67 |
| 09/11/2020 | Invoice | Favorite-1234091 | Bellevue Hospital | 11/10/2020 | 3,381.00 | 3,381.00 | 802,485.67 |
| 09/11/2020 | Invoice | Favorite-1234088 | Jacobi Medical Center | 11/10/2020 | 6,040.89 | 6,040.89 | 808,526.56 |
| 09/11/2020 | Invoice | Favorite-1234093 | Elmhurst Hospital | 11/10/2020 | 7,252.00 | 7,252.00 | 815,778.56 |
| 09/11/2020 | Invoice | Favorite-1234094 | Gouverneur | 11/10/2020 | 7,480.00 | 7,480.00 | 823,258.56 |
| 09/18/2020 | Invoice | Favorite-1235341 | Elmhurst Hospital | 11/17/2020 | 1,176.00 | 1,176.00 | 824,434.56 |
| 09/18/2020 | Invoice | Favorite-1235339 | Bellevue Hospital | 11/17/2020 | 3,381.00 | 3,381.00 | 827,815.56 |
| 09/18/2020 | Invoice | Favorite-1235336 | Jacobi Medical Center | 11/17/2020 | 5,949.01 | 5,949.01 | 833,764.57 |
| 09/25/2020 | Invoice | Favorite-1236519 | Bellevue Hospital | 11/24/2020 | 3,381.00 | 3,381.00 | 837,145.57 |
| 09/25/2020 | Invoice | Favorite-1236518 | Kings County Hospital Center | 11/24/2020 | 4,198.65 | 4,198.65 | 841,344.22 |
| 09/25/2020 | Invoice | Favorite-1236516 | Jacobi Medical Center | 11/24/2020 | 6,004.13 | 6,004.13 | 847,348.35 |
| 09/25/2020 | Invoice | Favorite-1236521 | Gouverneur | 11/24/2020 | 10,880.00 | 10,880.00 | 858,228.35 |
| 10/02/2020 | Invoice | Favorite-1237668 | Kings County Hospital Center | 12/01/2020 | 3,528.00 | 3,528.00 | 861,756.35 |
| 10/02/2020 | Invoice | Favorite-1237667 | COVID Bellevue | 12/01/2020 | 4,497.00 | 4,497.00 | 866,253.35 |
| 10/09/2020 | Invoice | Favorite-1238882 | COVID- Lincoln | 12/08/2020 | 5,508.00 | 5,508.00 | 871,761.35 |
| 12/17/2020 | Adjustment | Favorite-CSH035417 | | 02/15/2021 | -33,616.76 | -33,616.76 | 838,144.59 |
| 12/31/2020 | Adjustment | Favorite-CSH035880-C | | 03/01/2021 | -13,976.84 | -13,976.84 | 824,167.75 |
| 02/26/2021 | Invoice | Favorite-1264383 | Kings County Hospital Center 2578100 | 03/28/2021 | 7,630.65 | 7,630.65 | 831,798.40 |
| 02/26/2021 | Invoice | Favorite-1264380 | COVID Elmhurst 2577000 | 03/28/2021 | 1,812.00 | 1,812.00 | 833,610.40 |
| 02/26/2021 | Invoice | Favorite-1264382 | COVID Bellevue 2577800 | 03/28/2021 | 15,143.40 | 15,143.40 | 848,753.80 |
| 02/26/2021 | Invoice | Favorite-1264384 | COVID Queens 2578300 | 03/28/2021 | 3,559.50 | 3,559.50 | 852,313.30 |
| 02/26/2021 | Invoice | Favorite-1264385 | Bellevue Hospital 2579000 | 03/28/2021 | 44,994.21 | 44,994.21 | 897,307.51 |