UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FAVORITE HEALTHCARE STAFFING, INC.,

                 Plaintiff,                 21-cv-5369 (PKC)

    -against-                          ORDER

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION,

                 Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       Plaintiff has submitted a request for a Clerk's Certificate of Default.  Plaintiff

shall submit a letter brief by September 1, 2021 as to why service of the summons and complaint

on consent via email is permitted without a court order.

       SO ORDERED.

                              P. Kevin Castel
                        United States District Judge

Dated: New York, New York
       August 16, 2021